# Court of Appeals
# of the State of Georgia

ATLANTA,  February 20, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1142.    STEPHEN PATRICK YANCEY v. FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE.**

This dispossessory action originated in magistrate court. Following an adverse ruling, defendant Stephen Patrick Yancy appealed to the state court. The state court issued a writ of possession in favor of the plaintiff on July 30, 2013. Since then, Yancy has filed a number of pro se pleadings in state court. We dismissed a direct appeal from one of the trial court's orders denying his request to remove the case to federal court for failure to follow the discretionary appeal procedure. See Case No. A18A0488 (dismissed December 5, 2017). Yancy subsequently filed a motion for new trial, motion for judicial review, and motion to recuse, which the trial court denied. Yancy filed a direct appeal to the Supreme Court, which transferred the case to this Court. See Case No. S19A0277 (Nov. 15, 2018). We, however, lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga.

App. 82, 82 (453 SE2d 119) (1995). Yancy's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* __02/20/2019_____

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*